UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Ray McLain

    v.                                       Case No. 23-cv-01-SE

Alexander Fitter, et al

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 6, 2023. For the reasons explained therein, the claims for injunctive relief in this action are dismissed as moot and the motion for a TRO or preliminary injunction (Doc. No. 2) is denied without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

/s/ SD Elliott
_____
Samantha D. Elliott
United States District Judge

Date: August 3, 2023

cc: Robert Ray McLain, pro se